# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1885

_____

LARRY D. FORD,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

July 19, 2018

PER CURIAM.

   DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

B.L. THOMAS, C.J., and MAKAR and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Larry D. Ford, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.